UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

CRIMINAL ACTION NO. 05-22

UNITED STATES OF AMERICA                                                              PLAINTIFF

VS.                                                **ORDER**

DALLAS KIRBY,                                                                         DEFENDANT

\* \* \* \* \* \* \* \* \*

On Notice of Intent to Introduce Defendant's Other Criminal Activities Pursuant to FRE 404(b) [R. 59], the Government has requested a pretrial hearing outside the presence of a jury. IT IS HEREBY ORDERED that a Pretrial Conference is hereby scheduled for **October 26, 2005 at 10:00 a.m.** Counsel should also be prepared to address the pending Motion in Limine [R. 41].

In addition to regular service by mail, a copy of this Order shall be transmitted forthwith to counsel of record by facsimile or by electronic filing.

Dated this the 25th day of October, 2005.

Signed By:
*Karen K. Caldwell* KKC
**United States District Judge**